IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | NO. 23 C 2477 |
| vs. | ) | |
| | ) | JUDGE MATTHEW F. KENNELLY |
| ADVANCED STEEL ERECTORS, LLC, an Illinois limited liability company, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, ADVANCED STEEL ERECTORS, LLC, an Illinois limited liability company, in the total amount of $142,109.30, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,249.00.

On April 24, 2023, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lyle Neeman, Clerk) at the registered office of record (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 15, 2023. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/  Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

i:\midj\advanced steel erectors\motion for entry of default and judgment.pnr.df.docx

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>12th</u> day of <u>July 2023</u>:

Advanced Steel Erectors, LLC
c/o IL Corporation Service Co., Registered Agent
1801 Adlai Stevenson Drive
Springfield, IL  62703

Mr. Michael Ahern
Advanced Steel Erectors, LLC
9320 Corsair Road
Frankfort, IL   60423-2548

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

i:\midj\advanced steel erectors\motion for entry of default and judgment.pnr.df.docx

3